FRANK FRENIS, JR., ET AL. *v.* MICHAEL STRAZZERI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Harry Krasow,* in support of the petition.

*Joseph Protter,* in opposition.

Submitted June 6—decided October 31, 1962

LEONARD J. BARIBAULT ET AL. *v.* VINCENT A. MILLER ET AL.

The petition by the named defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Joseph J. Phelan,* with whom was *Vincent A. Miller,* pro se, in support of the petition.

*Howard R. Steeg,* in opposition.

Submitted September 6—decided October 31, 1962

THE ATLANTIC REFINING COMPANY ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF EAST HAVEN

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*William M. Mack,* for the appellees (plaintiffs).

*Edward T. Blair,* for the appellant (defendant).